**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10383 |
| Plaintiff - Appellee, | D.C. No. 1:06-cr-00066-LJO |
| v. | |
| RAYMOND WILLIAM RONELL, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Argued and Submitted June 14, 2010
San Francisco, California

Before: SCHROEDER and BYBEE, Circuit Judges, and PANNER,[**] District Judge.

Raymond W. Ronell, Jr. pleaded guilty and was sentenced for sexual

exploitation of a minor, 18 U.S.C. § 2251(a), and receipt and distribution of child

pornography, 18 U.S.C. § 2252(a)(2). We affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Owen M. Panner, Senior United States District Judge for the District of Oregon, sitting by designation.

Ronell challenges the district court's denial of his motion to suppress. Ronell failed, however, to preserve this issue for appellate review because he pleaded guilty without a written plea agreement and made no reservation of rights at the plea hearing. When a defendant pleads guilty without conditions, the plea "constitutes a waiver of the right to appeal all nonjurisdictional antecedent rulings and cures all antecedent constitutional defects." *United States v. Lopez-Armenta*, 400 F.3d 1173, 1175 (9th Cir. 2005). Accordingly, we dismiss this portion of Ronell's appeal.

Ronell also challenges sentencing enhancements based on information the government obtained after his guilty plea. There is no bar, however, to using after-acquired evidence to enhance a sentence. "The trial judge has always been permitted to consider the circumstances of the offense together with the character and propensities of the offender." *United States v. Belgard*, 894 F.2d 1092, 1099 (9th Cir. 1990) (internal quotation marks omitted).

**DISMISSED in part; AFFIRMED in part**.